UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED

MAR 2 1 2025

U.S. DISTRICT COURT- WVND
MARTINSBURG, WV 25401

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | Criminal No. 3:25CR19 |
| v. | Violation: 18 U.S.C. § 641 |
| MELISSA SUE COLE, Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Theft of Government Property)

From in or about March of 2020 and continuing to in or about July of 2021, in Jefferson County, in the Northern District of West Virginia, defendant **MELISSA SUE COLE** did willingly and knowingly steal, purloin, embezzle, and convert to her own use funds exceeding $1,000.00, such funds being property of the United States and its United States Fish and Wildlife Service.

In violation of Title 18, United States Code, Section 641.

RANDOLPH J. BERNARD
Acting United States Attorney

Eleanor F. Hurney
Assistant United States Attorney